UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

        Plaintiff,

v.

Minnesota State Patrol,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 15-3881 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    This action is SUMMARILY DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).

2.    Plaintiff Craig Johnson's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

3.    Judgment is entered accordingly.

DATED: December 7, 2015

s/Michael J. Davis
Michael J. Davis
United States District Court Judge